IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM LUDVIK, a resident of Colorado doing business as Key Bar Ranch, | ) ) ) | 4:03CV3256 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| B & L ENTERPRISES, INC., a Nebraska Corporation, and MR. BILLY DEBOER, | ) ) ) | |
| Defendants. | ) | |

Upon request of plaintiff's counsel,

IT IS ORDERED that Exhibits A through J offered at the debtor's exam held June 17, 2005, may be checked out by plaintiff's counsel, Kory D. George, for copying. The exhibits shall be returned to the Lincoln Clerk's Office no later than Friday, June 24, 2005.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief Judge