IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM LUDVIK, a resident of Colorado, d/b/a KEY BAR RANCH,<br><br>Plaintiff,<br><br>v.<br><br>B & L ENTERPRISES, INC., a Nebraska Corporation, and BILL DEBOER,<br><br>Defendants. | Case No. 4:03cv3256<br><br>**ORDER CONTINUING DEBTOR'S EXAMINATION** |

The Court, having received the Plaintiff's Motion that the Debtor's Examination of Defendant Bill DeBoer be continued pending the production of further documents by the Defendant, hereby finds that this Motion should be granted and that Defendant Bill DeBoer shall continue answering questions concerning his property and assets upon further production of documents responsive to this Order.

IT IS HEREBY ORDERED:

1. The Debtor's Exam of Bill DeBoer is continued until such time as additional documents have been provided;

2. The documents in the custody, possession, or control of the Defendants and/or Defendants' CPA must be produced to Plaintiff's counsel within a reasonable time. Such documents shall include, but not be limited to, any balance sheets, income statements, statements of cash flow, financial statements, tax filings, or depreciation schedules for the last three years for B – L Enterprises, Inc., Cache Creek Cattle Co., and/or DeBoer Land & Cattle Co, Inc.;

3. The reasonable costs of copying the documents will be paid by the Plaintiff;

4. Other fees, if any, will be considered by the Court; and

5. The date, time, and manner of Defendant Bill DeBoer's appearance at the next hearing is reserved.

- 2 -

Dated this 22nd day of June, 2005.

                                    BY THE COURT

                                    s/ *David L. Piester*

                                    David L. Piester
                                    United States Magistrate Judge

Prepared and submitted by:

Kory D. George, No. 22655
Attorney for Plaintiff
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
(402) 437-8500 Telephone
(402) 437-8558 Facsimile
Email: kgeorge@woodsaitken.com

184341