IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM LUDVIK, | ) |
| | ) |
| Plaintiff, | )   4:03CV3256 |
| | ) |
| v. | ) |
| | ) |
| B & L ENTERPRISES, and MR. | )   ORDER |
| BILLY DEBOER, | ) |
| | ) |
| Defendants. | ) |

Plaintiff's counsel has advised the court that the requested documents have been produced and that the show cause hearing that was set for November 1 at 3:00 is no longer necessary.

IT THEREFORE HEREBY IS ORDERED,

The show cause hearing set for November 1, 2005 is cancelled.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge