IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM LUDVIK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| B & L ENTERPRISES, and MR. BILLY DEBOER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The debtor's examination of Bill Deboer will commence at 2:00 p.m. on April 19, 2006 in Courtroom #3, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 4th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge