IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM LUDVIK a resident of Colorado doing business as Key Bar Ranch,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>B&L ENTERPRISES and<br>MR. BILLY DEBOER,<br>　　　　Defendant(s). | CASE NO: 4:03cv3256<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

　　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiffs, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　SEALED Exhibits: A - N

　　　　Hearing type(s):　　Debtor's Exam

　　　　Date of hearing(s): June 17, 2005 and April 19, 2006

　　　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　　　IT IS SO ORDERED.

　　　　May 2, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge